

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2021

No. 04-20-00355-CV

Forrest M. **MIMS**, Minnie Mims, Ray Reininger, Deborah Reininger, Glenn Thompson, Annette Thompson, Blake C. Brock, and Annette Dannelly-Silva,
Appellants

v.

**CITY OF SEGUIN, TEXAS**,
Appellee

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1304-CV-B
Honorable Gary L. Steel, Judge Presiding

# O R D E R

Appellants' reply brief was due by March 3, 2021. On February 22, 2021, appellants filed a second unopposed motion requesting an additional fifteen day extension of time to file their reply brief. After consideration, we **GRANT** the motion and **ORDER** appellants to file their reply brief **by March 18, 2021**.

It is so **ORDERED** on February 24, 2021.

**PER CURIAM**

ATTESTED TO: _Michael A. Cruz_
Michael A. Cruz,
Clerk of Court